**Jorge AVILA–AYALA, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 07–74924.

United States Court of Appeals, Ninth Circuit.

Submitted March 16, 2010.*

Filed March 24, 2010.

Gary Finn, Law Offices of Gary Finn, Indio, CA, for Petitioner.

Julie M. Iversen, James A. Hurley, Mark Christopher Walters, Esquire, Assistant Director, U.S. Department of Justice, Civil Division/Office of Immigration Litigation, Washington, DC, District Counsel, Esquire, Office of the District Counsel, Department of Homeland Security, San Diego, CA, Ronald E. Lefevre, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: SCHROEDER, PREGERSON, and RAWLINSON, Circuit Judges.

**MEMORANDUM** **

Jorge Avila–Ayala, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' ("BIA") order dismissing his appeal from an immigration judge's removal order. We have

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

jurisdiction pursuant to 8 U.S.C. § 1252. We review de novo constitutional challenges. *Masnauskas v. Gonzales,* 432 F.3d 1067, 1069 (9th Cir.2005). We deny the petition for review.

Avila–Ayala's equal protection claim is not colorable because he was ineligible for relief under former Immigration and Nationality Act § 212(c) regardless of when proceedings were initiated against him. *See Alvarez–Barajas v. Gonzales,* 418 F.3d 1050, 1054 (9th Cir.2005); 8 C.F.R. § 1212.3(h)(2) (section 440(d) of the Antiterrorism and Effective Death Penalty Act of 1996 applies to guilty pleas made between April 24, 1996 and April 1, 1997).

**PETITION FOR REVIEW DENIED.**

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.